IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

|  |  |
|---|---|
| HYE-YOUNG PARK, a/k/a LISA PARK, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case No.:15-cv-2136 |
|  | ) |
| MICHAL T.HUDSON, individually, | ) Judge: Hon. Colin Stirling Bruce |
| HEIDI JOHNSON, individually, | ) Magistrate: Hon. Eric I. Long |
| CHARLES SECOLSKY, individually, | ) |
| ROBERT STAKE, individually, | ) |
| and THE BOARD OFTRUSTEES OF THE | ) |
| UNIVERSITY OF ILLINOIS, | ) |
|  | ) |
| Defendants. | ) JURY TRIAL DEMANDED |
|  | ) |

## CERTIFICATE OF MAILING WAIVERS

The undersigned attorney, M. Dennis Mickunas certifies that he caused written *Notice of Lawsuit and Request to Waive Service of Summons* (Form AO 398), two copies of *Waiver of the Service of Summons* (Form AO 399), and a self-addressed envelope with proper postage attached to be mailed to the defendants at the following addresses, by placing same in the U.S. Mail at Urbana, Illinois, at or before 5:00 p.m. on June 26, 2015, with proper postage prepaid:

Robert E. Stake
304 W. Iowa
Urbana, IL 61801

Michal Thomas Hudson
Office of Diversity, Equity and Access
100 Swanlund Admin Bldg
601 E John
M/C 304
Champaign, IL  61820

Heidi Johnson
Office of Diversity, Equity and Access
100 Swanlund Administration Bldg
601 E John
M/C 304
Champaign, IL  61820

Secretary of the Board of Trustees
354 Henry Administration Building
506 South Wright Street
Urbana, IL 61801

1

Charles Secolsky         and            Charles Secolsky
4 Hartwell Ct.                          35 Coral Tree Court
Savoy, IL 61874                         Lawrenceville, NJ 08648


Dated:  June 29, 2015

                        By:     s/ Marshall Dennis Mickunas_____
                               Plaintiff's Attorney


M. Dennis Mickunas
Illinois Bar # 6293386
301 West Green Street
Urbana, IL 61801
Phone: 217-328-4000
Fax: 217-328-6765
dennis@mickunas-law.com