5442-18
BMS/tlp

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| HYE-YOUNG PARK a/k/a LISA PARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No.:   15-CV-2136 |
| | ) |
| MICHAL T. HUDSON, Individually, | ) |
| HEIDI JOHNSON, Individually, | ) |
| CHARLES SECOLSKY, Individually, | ) |
| ROBERT STAKE, Individually, | ) |
| and THE BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF ILLINOIS, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

The undersigned certifies that copies of (1) **DEFENDANT HEIDI JOHNSON'S OBJECTIONS TO PLAINTIFF'S INTERROGATORIES,** (2) **DEFENDANT M.T. HUDSON'S OBJECTIONS TO PLAINTIFF'S INTERROGATORIES**; (3) **DEFENDANT M.T. HUDSON'S OBJECTIONS TO PLAINTIFF'S REQUEST FOR PRODUCTION**; (4) **DEFENDANT HEIDI JOHNSON'S OBJECTIONS TO PLAINTIFF'S REQUEST FOR PRODUCTION**, (5) **DEFENDANT THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS' OBJECTIONS TO PLAINTIFF'S REQUEST FOR PRODUCTION**, and (6) this **CERTIFICATE OF SERVICE** were served upon the attorneys of record of all parties to the above cause by enclosing same in an envelope with postage prepaid, and by depositing said envelope in a United States Post Office mailbox in Urbana, Illinois on this 7th of October, 2016, addressed to such parties at their business address as disclosed by the pleading of record herein as follows:

| | |
|---|---|
| Mr. M. Dennis Mickunas<br>Mickunas Law<br>301 West Green Street<br>Urbana, IL  61801 | Mr. Gary R. Lietz<br>Lietz, Banner, Ford LLP<br>1605 S. State St., Suite 103<br>Champaign, IL 61820 |

Mr. Samuel J. Muldavin
Muldavin Law Firm
2670 Union Avenue Extended, Suite 110
Memphis, TN 38112

I also hereby certify that on October 7, 2016, I electronically filed this CERTIFICATE OF SERVICE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. M. Dennis Mickunas
Mickunas Law
301 West Green Street
Urbana, IL  61801

Mr. Gary R. Lietz
Lietz, Banner, Ford LLP
1605 S. State St., Suite 103
Champaign, IL 61820

Mr. Samuel J. Muldavin
Muldavin Law Firm
2670 Union Avenue Extended, Suite 110
Memphis, TN 38112

BY: s/Brian M. Smith
Brian M. Smith, ARDC #: 6293822
Attorneys For Defendants
HEYL, ROYSTER, VOELKER & ALLEN
Suite 300, 102 East Main Street
P.O. Box 129
Urbana, IL 61803-0129
Telephone  217.344.0060
Facsimile  217.344.9295
Email:  bsmith@heylroyster.com

31296168_1.DOCX