5442-18
BMS/tlp

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| HYE-YOUNG PARK a/k/a LISA PARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 15-CV-2136 |
| | ) |
| MICHAL T. HUDSON, Individually, | ) |
| HEIDI JOHNSON, Individually, | ) |
| CHARLES SECOLSKY, Individually, | ) |
| ROBERT STAKE, Individually, | ) |
| and THE BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF ILLINOIS, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

NOW COME the Defendants, MICHAL T. HUDSON, HEIDI JOHNSON and THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, by his attorney, BRIAN M. SMITH, of HEYL, ROYSTER, VOELKER & ALLEN, and for their Motion for Extension of Time to Complete Discovery, state as follows:

1. On September 7, 2016, Plaintiff propounded written discovery on each of the Defendants.

2. The undersigned is in the process of gathering responsive documents, reviewing the same, and preparing a response to the Interrogatories propounded to The Board of Trustees of the University of Illinois. To complete this process, additional time is necessary. Thus far, well in excess of 1,000 pages of materials have been identified.

3. Accordingly, Defendants request up to and including October 21, 2016, to provide Defendants' responses to Plaintiff.

4. The undersigned has conferred with counsel for the Plaintiff who has no objection to the proposed extension of time.

5. This motion is not made for the purpose of undue delay, but in good faith for providing discovery responses.

6. No party will be prejudiced by an extension of time.

WHEREFORE, for the above and foregoing reasons, the Defendants, MICHAL T. HUDSON, HEIDI JOHNSON and THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, respectfully request this Honorable Court enter an Order granting the above Motion for Extension of Time to Complete Discovery, that the deadline to respond to Plaintiff's written discovery requests be extended fourteen (14) days, up to and including October 21, 2016, together with such other relief as this Court deems appropriate and just under the circumstances.

Respectfully submitted,

MICHAL T. HUDSON, HEIDI JOHNSON and
THE BOARD OF TRUSTEES OF THE
UNIVERSITY OF ILLINOIS, Defendants

BY: s/Brian M. Smith
Brian M. Smith, ARDC #: 6293822
Attorneys for Defendants
HEYL, ROYSTER, VOELKER & ALLEN
Suite 300, 102 East Main Street
P.O. Box 129
Urbana, IL 61803-0129
Telephone  217.344.0060
Facsimile  217.344.9295
Email:  bsmith@heylroyster.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October, 2016, I electronically filed the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. M. Dennis Mickunas
Mickunas Law
301 West Green Street
Urbana, IL  61801

Mr. Gary R. Lietz
Lietz, Banner, Ford LLP
1605 S. State St., Suite 103
Champaign, IL 61820

Mr. Samuel J. Muldavin
Muldavin Law Firm
2670 Union Avenue Extended, Suite 110
Memphis, TN 38112

I also hereby certify that I have mailed by United States Postal Service the above-referenced document to the following non-CM/ECF participants:  None.

BY: s/Brian M. Smith
Brian M. Smith

31296221_1.DOCX