E-FILED
Monday, 06 November, 2017   04:04:32 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| HYE-YOUNG PARK, a/k/a LISA PARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.:15-cv-2136 |
| | ) |
| MICHAL T. HUDSON, individually, | ) |
| HEIDI JOHNSON, individually, | ) |
| CHARLES SECOLSKY, individually, | ) |
| ROBERT STAKE, individually, | ) |
| and THE BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF ILLINOIS, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF HYE-YOUNG PARK

NOW COMES the Declarant, Hye-Young Park, pursuant to 28 U.S.C. § 1746, and states the following:

1. I am over eighteen (18) years of age and am under no legal disability, and that the facts contained in this Declaration are within my personal knowledge, and if called as a witness to testify, I could competently testify to the truth of the facts contained herein.

2. On September 11, 2013 I underwent scar correction surgery for a scar in the center of my forehead.

3. I had follow-ups for dressing treatments on September 12, 2013, September 14, 2013, September 16, 2013, and September 25, 2013.

4. For more than two months after the surgery, I was required to wear a hydrocolloid bandage 5 cm in length, covering the scar on my forehead.

5. The bandage was flesh-colored, and I covered it with my bangs to make it less noticeable.

6. On October 14, 2013, I met with Defendant, Robert Stake, for lunch at the Kamakura Restaurant.

7. At that time and place, Defendant Stake kissed me on the lips, shoving his tongue forcefully into my mouth.

FURTHER THE DECLARANT SAYETH NOT.        /s Hye-Young Park

Date: 11/06/2017

Hye-Young Park

I declare under penalty of perjury that the foregoing is true and correct.

Hye-Young Park

/s Hye-Young Park