UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| HYE-YOUNG PARK | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 15-cv-2136 |
| MICHAL HUDSON, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## ORDER

**IT IS ORDERED HEREIN AS FOLLOWS:**

1. That this matter be, and hereby is, scheduled for a final pretrial conference by **personal appearance** before the undersigned on **February 2, 2018,** at **11:00 a.m.,** in Courtroom A, U.S. Courthouse, Urbana, Illinois.

2. All motions in limine or any other pretrial motions must be filed with the Court by the close of business on **January 5, 2018.** Any responses to those motions must be filed by the close of business on **January 19, 2018**.

3. <u>Counsel who will actually try the case shall appear at the final pretrial conference</u>. CDIL-LR 16.1(E)(3).

4. <u>Prior to the date for final pretrial conference, the parties shall confer and shall prepare a proposed final pretrial order for presentation to the Court at the conference</u>. CDIL-LR 16(E)(4).

5. The proposed final pretrial order prepared in conformity with the sample contained in Local Rules Appendix I shall contain the following:

    a.    A statement of the case including the facts showing the basis for jurisdiction. CDIL-LR 16.1(F)(1).

    b.    A signed stipulation of uncontested material facts. CDIL-LR 16.1(F)(2).

    c.    A joint statement of uncontested issues of law. CDIL-LR 16.1(F)(3).

    d.    A joint statement of all contested material facts and issues of law. CDIL-LR 16.1(F)(4).

    e.    Stipulations regarding the use of depositions and the presentation of expert testimony. CDIL-LR 16.1(F)(5).

    f.    A list of all witnesses each party intends to call at trial. CDIL-LR 16.1(F)(6).

    g.    A list of exhibits each party intends to offer or use at trial. CDIL-LR 16.1(F)(7).

    h.    A list of demonstrative aids intended for use at trial. CDIL-LR 16.1(F)(8).

6. The final pretrial order shall be prepared by Plaintiff's counsel. CDIL-LR 16.1(F).

7. Plaintiff's counsel shall submit the final pretrial order to opposing counsel at least **seven days** prior to the final pretrial conference. CDIL-LR 16.1(F).

8. At the pretrial conference, the parties shall be prepared to discuss the following:

    a.    The simplification of the issues for trial. CDIL-LR 16.1(E)(5)(a).

    b.    Any problems of evidence. CDIL-LR 16.1(E)(5)(b).

    c.    The possible limitation of the number of expert witnesses. CDIL-LR 16.1(E)(5)(c).

    d.    The desirability and timing of trial briefs. CDIL-LR 16.1(E)(5)(d).

    e.    Any settlement possibilities. CDIL-LR 16.1(E)(5)(e).

    f. Matters which will facilitate speedy disposition of the action. CDIL-LR 16.1(E)(5)(f).

    g. Short notice (fast track) possibilities.  CDIL-LR 16.1(E)(5)(g)

  9. <u>At the final pretrial conference, the parties shall submit an agreed set of jury instructions and any proposed *voir dire* questions</u>.  Jury instructions upon which the parties are unable to agree shall be submitted separately by the parties.  Each instruction shall be tendered in compliance with Local Rule 16.1(E)(6).  CDIL-LR 16.1(E)(6).  Any objections to the jury instructions or proposed *voir dire* questions should be filed by the close of business on **February 9, 2018**.

  10. This matter is set for jury selection and jury trial on **February 26, 2018,** at **9:30 a.m.**

  11.. The parties should be prepared to make stipulation and agreements as appropriate.  CDIL-LR 16.1(E)(3).

      ENTERED this 1st day of December, 2017

        s/COLIN S. BRUCE
        U.S. DISTRICT JUDGE