IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| HYE-YOUNG PARK, a/k/a LISA PARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.:15-cv-2136 |
| | ) |
| MICHAL T. HUDSON, individually, | ) |
| HEIDI JOHNSON, individually, | ) |
| CHARLES SECOLSKY, individually, | ) |
| ROBERT STAKE, individually, | ) |
| and THE BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF ILLINOIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

PAINTIFF'S RESPONSE TO, OBJECTION TO AND MOTION TO STRIKE DEFENDANT CHARLES SECOLSKY'S SECOND MOTION FOR SUMMARY JUDGMENT

NOW COMES the Plaintiff, HYE-YOUNG PARK ("Park"), by her attorney, M. Dennis Mickunas, and respectfully requests that this Honorable Court strike Defendant CHARLES SECOLSKY's ("Secolsky") Second Motion for Summary Judgment. In support of her motion, Plaintiff states the following.

1. Under this Court's prior minute entry dated September 21, 2017, the Court ordered that any Motion for Summary Judgment must be filed by October 2, 2017.

2. Secolsky filed his first Motion for Summary Judgment (ECF #132) on October 3, 2017. That motion remains pending.

3. Now, more than three months after the Court's motion cut-off date, Defendant has filed his Second Motion for Summary Judgment (ECF #157).

4. Because Secolsky's motion is untimely, Plaintiff respectfully requests that this Honorable

Court strike his second Motion for Summary Judgment (ECF #157) filed on January 4, 2018.

5. Secolsky's motion repeats the same assertions that he made in his first Motion for Summary Judgment, and the relief he seeks is identical to that first motion.

6. Therefore, Secolsky's motion is repetitive, frivolous, and baseless, and Park respectfully requests that this Honorable Court strike his second Motion for Summary Judgment (ECF #157) filed on January 4, 2018.

7. To the extent that Plaintiff is required to respond substantively to Secolsky's second Motion for Summary Judgment, Park stands on her prior Response (ECF #141) to Secolsky's (first) Motion for Summary Judgment, and she incorporates it herein by reference.

For the foregoing reasons, Plaintiff HYE-YOUNG PARK respectfully requests that this Honorable Court enter its order striking from the record Defendant CHARLES SECOLSKY's Second Motion for Summary Judgment for the reasons that it is untimely, repetitive, frivolous, and baseless.

Dated:  January 16, 2018                    Respectfully submitted,

                                                      HYE-YOUNG PARK
                                     By:    s/ Marshall Dennis Mickunas_____
                                                      M. Dennis Mickunas
                                                      ARDC # 6293386
                                                      312 Yankee Ridge Lane
                                                      Urbana, IL 61802
                                                      Phone: 217-328-4000
                                                      dennis@mickunas-law.com

CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties involved in the case who are entitled to notice and who are CM/ECF participants.  I also hereby certify that I have mailed by United States Postal Service the above- referenced document to the following non-CM/ECF participants:

Charles Secolsky
126 Rolling Meadows Road
Middletown, NY 10940

By: s/ Marshall Dennis Mickunas_____
Plaintiff's Attorney
M. Dennis Mickunas
ARDC # 6293386
312 Yankee Ridge Ln
Urbana, IL 61802
Phone: 217-328-4000
dennis@mickunas-law.com