IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| HYE-YOUNG PARK, a/k/a LISA PARK, | ) |
| Plaintiff, | ) |
| v. | ) Case No.:15-cv-2136 |
| MICHAL T. HUDSON, individually, | ) |
| HEIDI JOHNSON, individually, | ) |
| CHARLES SECOLSKY, individually, | ) |
| ROBERT STAKE, individually, | ) |
| and THE BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF ILLINOIS, | ) |
| Defendants. | ) |

FILED
MAR 05 2018
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## MOTION TO VOLUNTARILY DISMISS APPEAL

I, Hye-Young Park, hereby withdraw my Notice of Appeal (ECF #166) because it was prematurely filed, and pursuant to Federal Rule of Civil Procedure 42(b), respectfully move the court to dismiss my Appeal.

Signed _____
Hye-Young Park
101 Paddock Dr. E., Apt # A3
Savoy, IL 61874