**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| HYE-YOUNG PARK, a/k/a LISA PARK,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  -vs-  )<br>  )<br>MICHAL T. HUDSON, individually,  )<br>HEIDI JOHNSON, individually,  )<br>CHARLES SECOLSKY, individually,  )<br>ROBERT STAKE, individually, and  )<br>THE BOARD OF TRUSTEES OF THE  )<br>UNIVERSITY OF ILLINOIS,  )<br>  )<br>    Defendants.  ) | Case No.: 15-CV-2136 |

## ENTRY OF APPEARANCE

NOW COMES attorney, Kenneth D. Reifsteck, THOMAS, MAMER & HAUGHEY, LLP, and hereby enters his appearance in the above-entitled cause on behalf of defendant ROBERT STAKE.  Attorney William J. Brinkmann will remain as Lead Counsel for defendant ROBERT STAKE.

Respectfully submitted,

s/ Kenneth D. Reifsteck

Kenneth D. Reifsteck
IL Bar Number: 6207507
Thomas, Mamer & Haughey, LLP
30 E. Main, PO Box 560
Champaign, IL 61824-0560
PH: (217) 351-1500
Fax: (217) 351-2169
kdr@tmh-law.com

1

## CERTIFICATE OF SERVICE

    I hereby certify that on March 19, 2018, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties. On the same day, a true and correct copy of the foregoing instrument was placed in the United States Mail, first-class postage properly prepaid, and addressed to:

        Charles Secolsky
        126 Rolling Meadows Road
        Middletown, NY  10940


                                      /s/ **Kenneth D. Reifsteck**
                                      Kenneth D. Reifsteck
                                      Attorney for Defendant Robert Stake
                                      Thomas, Mamer & Haughey, LLP
                                      30 E. Main, PO Box 560
                                      Champaign, IL 61824-0560
                                      PH: (217) 351-1500
                                      Fax: (217) 351-2169
                                      kdr@tmh-law.com

Prepared by:

Kenneth D. Reifsteck
Thomas, Mamer & Haughey, LLP
30 E. Main St., 5th Flr.; PO Box 560
Champaign, IL 61824
(217) 351-1500
kdr@tmh-law.com