APRIL 26, 2018

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIIS –URBANA DIVIISION

PLAINTIFF:

HYE-YOUNG PARK aka LISA PARK

Vs.

DEFENDANTS:

MICHAL T. HUDSON, individually,

HEIDI JOHNSON, individually,

CHARLES SECOLSKY, individually,

ROBERT STAKE, individually,

And THE BOARD OF TRUSTEES OF THE

UNIVERSITY OF ILLINOIS

FILED

APR 27 2018

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE NO. 15-cv-2136

<u>DEFENDANT CHARLES SECOLSKY'S</u> MOTION TO UTILIZE A-V EQUIPMENT AT TRIAL IN URBANA COURTHOUSE FOR POWER-POINT PRESENTATION AND FOR TELEPROMPTING EXPERT WITNESS TESTIIMONY FROM MICHIGAN IN ORDER TO ENABLE CROSS EXAMINATION BY PLAINTIFF.

NOW COMES Defendant CHARLES SECOLSKY, PRO SE, RESPECTFULLY SUBMITTING THIS MOTION TO THE COURT FOR UTILIZING THE COURT'S AUDIO-VISUAL EQUIPMENT FOR MAKING A POWER POINT PRESENTTATION RELATED TO SECOLSKY'S DEFENSE AND FOR TELEPROMPTING EXPERT WITNESS TESTIMONY FROM MICHIGAN. TO ALLOW FOR CROSS EXAMINATION BY PLAINTIFF'S ATTORNEY.

SUBMITTED,

*Charles Secolsky*

CHARLES SECOSKY, PRO SE

DATE: APRIL 26, 2018
CHARLES SECOLSKY, PH.D.
126 ROLLING MEADOWS ROAD,
MIDDLETOWN, NY 10940
973-489-6472
csecolsky@gmail.com

CERTIFICATE OF SERVICE BY USPS EXPRESS OVERNIGHT MAIL TO:

DENNIS MICKUNAS

LISA PARK

WILLIAM BRINKMAN

BRIAN SMITH

THE US DISTRICT COURT URBANA