IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| HYE-YOUNG PARK, a/k/a LISA PARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.:15-cv-2136 |
| | ) |
| MICHAL T. HUDSON, individually, | ) |
| HEIDI JOHNSON, individually, | ) |
| CHARLES SECOLSKY, individually, | ) |
| ROBERT STAKE, individually, | ) |
| and THE BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF ILLINOIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **PLAINTIFF'S MOTION IN LIMINE**

NOW COMES the Plaintiff, HYE-YOUNG PARK ("Park"), by her attorney, M. Dennis Mickunas, and for her Motion in Limine states as follows.

1. Plaintiff moves to bar any evidence of settlement negotiations or discussions. Such evidence is barred by FED. R. EVID. 408. This includes an email exchange dated November 19, 2014 regarding settlement between CHARLES SECOLSKY ("Secolsky") and Park (Secolsky's Exhibit 129, ECF #119-20).

2. Plaintiff moves to bar the introduction into evidence of the written statements of Hui-Lien Hsiao (Secolsky's Exhibit #131, ECF #119-17), Shameem Rakha (Exhibit to Secolsky's Motion for Summary Judgment, ECF #132-6) and John C. Seiperth (Exhibit to Secolsky's Motion for Summary Judgment, ECF #132-4). These statements confuse the issues, are irrelevant, and are improper character evidence. Such evidence is barred by FED. R. EVID. 401, 403, and 404 respectively. Further, the documents constitute hearsay, barred by FED. R. EVID.

802. Plaintiff has not had an opportunity to depose Ms. Hsiao or Mr. Seiperth and would be unduly prejudiced by any opinions offered by them.

3. Plaintiff moves to bar defendants from presenting the following evidence and arguments related to plaintiff's damages:

    a. That plaintiff is seeking more compensation that she expects to be awarded;

    b. That any recovery by plaintiff may not be subject to income tax;

    c. That any jury award of damages places an unfair burden on the defendants; and

    d. That appeal to the jurors as taxpayers, including reference to taxpayer liability or increased taxes.

Such arguments are irrelevant, unfairly prejudicial and are barred by FED. R. EVID. 402 and 403.

4. Plaintiff moves to bar defendants from accusing the plaintiff of "extortion" or "blackmail." Secolsky has repeatedly described Park's demands as "extortion" and "blackmail." (Secolsky Dep. (Pl Ex #1, ECF #124-7), 44:11, 50:22-51:2, 55:18-21, 103:25, 109:19-21, 139:8-10, 144:6-10, 148:21-23, 177:23-178:3; Secolsky's September 22, 2017 email to the court and counsel.) The terms "extortion" and "blackmail" have precise legal meaning and refer to serious criminal behavior. There is no evidence whatsoever that Park committed such crimes, and any such implication would be absolutely false, highly inflammatory, unfairly prejudicial, and.is barred by FED. R. EVID. 402 and 403.

5. Plaintiff moves to bar the introduction of any evidence offered to prove that a she engaged in other sexual behavior; or evidence offered to prove her sexual predisposition. Such evidence is barred by FED. R. EVID. 412

6. Plaintiff moves to bar the calling of any witness who was not disclosed on or before the close of discovery deadline of August 21, 2017, unless the use would be solely for impeachment.

In particular, Secolsky has not disclosed any potential witnesses besides the parties to this lawsuit. The calling of any surprise witness not previously disclosed would be unfairly prejudicial to Park and is barred by FED. R. EVID. 402 and 403.

    Wherefore, Plaintiff, Hye-Young Pak hereby requests that this court grant her motion in limine and instruct the defendant's counsel and witnesses to not reference or disclose to the jury the documents or subject matters which are excluded from evidence.

Dated: June 28, 2018                         Respectfully submitted,

                                          HYE-YOUNG PARK
                      By:   s/ Marshall Dennis Mickunas_____
                                          M. Dennis Mickunas
                                          ARDC # 6293386
                                          312 Yankee Ridge Lane
                                          Urbana, IL 61802
                                          Phone: 217-328-4000
                                          dennis@mickunas-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties involved in the case who are entitled to notice and who are CM/ECF participants.  I also hereby certify that I have mailed by United States Postal Service the above- referenced document to the following non-CM/ECF participants:

Charles Secolsky
126 Rolling Meadows Road
Middletown, NY 10940

                              By: s/ Marshall Dennis Mickunas
                              Plaintiff's Attorney
                              M. Dennis Mickunas
                              ARDC # 6293386
                              312 Yankee Ridge Ln
                              Urbana, IL 61802
                              Phone: 217-328-4000
                              dennis@mickunas-law.com