IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | | |
|---|---|---|
| HYE-YOUNG PARK, a/k/a LISA PARK, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) Case No.:15-cv-2136 | |
| MICHAL T. HUDSON, individually, HEIDI JOHNSON, individually, CHARLES SECOLSKY, individually, ROBERT STAKE, individually, and THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

FILED
JUL 26 2018
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

MOTIOIN FOJR RECONSIUDERATIOJN OF JUDGES ORDER ON MOTIONS IN LIMKNE

The Defendant, Charles Secolsky pursuant to the Court's ORDER is requesting reconsideration of the barring of Plaintiff's other sexual activity. In the order, the judge could not find reason for keeping such information at the trial. I am pleading with the court to allow such information on the grounds that she may use religious reasons for her emotional distress. And such a exacerbation of her condition may affect liability and damages.

Furthermore, if her outside sexual activity is barred, the other parties outside sexual activity should be barred also.

Submitted _____  Date : July 26, 2018

Charles Secolsky