IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| HYE-YOUNG PARK, a/k/a LISA PARK, | ) |
| Plaintiff, | ) |
| v. | ) Case No.:15-cv-2136 |
| MICHAL T. HUDSON, individually, | ) |
| HEIDI JOHNSON, individually, | ) |
| CHARLES SECOLSKY, individually, | ) |
| ROBERT STAKE, individually, | ) |
| and THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, | ) |
| Defendants. | ) |

### EXHIBIT G1 PLAINTIFF PARK'S PROPOSED VERDICT FORM

On Hye-Young Park's Assault Claim II against defendant Charles Secolsky, we, the jury, find in favor of:

(CHECK ONE)   Hye-Young Park ___   Charles Secolsky ___

On Hye-Young Park's Illinois Hate Crime Claim III against defendant Charles Secolsky, we, the jury, find in favor of:

(CHECK ONE)   Hye-Young Park ___   Charles Secolsky ___

On Hye-Young Park's Gender Violence Claim IV against defendant Charles Secolsky, we, the jury, find in favor of:

(CHECK ONE)   Hye-Young Park ___   Charles Secolsky ___

On Hye-Young Park's False Imprisonment Claim V against defendant Charles Secolsky, we, the jury, find in favor of:

(CHECK ONE)   Hye-Young Park ___   Charles Secolsky ___

On Hye-Young Park's Illinois Human Rights Act Claim VI against defendant Charles Secolsky, we, the jury, find in favor of:

(CHECK ONE)   Hye-Young Park ___   Charles Secolsky ___

On Hye-Young Park's Section 1981 Retaliation Claim VII against defendant Charles Secolsky, we, the jury, find in favor of:

(CHECK ONE)   Hye-Young Park ___   Charles Secolsky ___

On Hye-Young Park's Intentional Infliction of Emotional Distress Claim VIII against defendant Charles Secolsky, we, the jury, find in favor of:

    (CHECK ONE)    Hye-Young Park ___    Charles Secolsky ___

On Hye-Young Park's Section 1983 Equal Protection Sexual Harassment Claim IX against defendant Charles Secolsky, we, the jury, find in favor of:

    (CHECK ONE)    Hye-Young Park ___    Charles Secolsky ___

On Hye-Young Park's Assault Claim X against defendant Robert Stake, we, the jury, find in favor of:

    (CHECK ONE)    Hye-Young Park ___    Robert Stake ___

On Hye-Young Park's Illinois Hate Crime XII against defendant Robert Stake, we, the jury, find in favor of:

    (CHECK ONE)    Hye-Young Park ___    Robert Stake ___

On Hye-Young Park's Gender Violence Claim XIII against defendant Robert Stake, we, the jury, find in favor of:

    (CHECK ONE)    Hye-Young Park ___    Robert Stake ___

We, the jury, further find the following:

First: We find that the total amount of damages suffered by Hye-Young Park as a proximate result of the occurrences in question is $_____,

Second: Assuming that 100% represents the total combined legal responsibility of both Charles Secolsky and Robert Stake, we find the percentage of legal responsibility attributable to each as follows:

    Defendant Charles Secolsky   _____%

    Defendant Robert Stake       _____%

    TOTAL                    100%

We, the jury, further find that punitive damages are warranted, and award them as follows:

    Punitive damages against Charles Secolsky  $_____

    Punitive damages against Robert Stake    $_____

[*Signature Lines*]

```
_____        _____
(Foreperson

_____        _____


_____        _____


_____        _____


_____        _____


_____        _____
```

*Source: Illinois Pattern Jury Instructions: Forms of Verdict B45.03A2*