E-FILED
Friday, 17 August, 2018   11:15:13 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| HYE-YOUNG PARK, a/k/a LISA PARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.:15-cv-2136 |
| | ) |
| MICHAL T. HUDSON, individually, | ) |
| HEIDI JOHNSON, individually, | ) |
| CHARLES SECOLSKY, individually, | ) |
| ROBERT STAKE, individually, | ) |
| and THE BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF ILLINOIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT CHARLES SECOLSKY'S OPENING STATEMENT PRESENTATION**

NOW COMES the Plaintiff, HYE-YOUNG PARK ("Park"), by her attorney, M. Dennis Mickunas, and hereby files her Objections to the PowerPoint presentation submitted by the Defendant CHARLES SECOLSKY ("Secolsky") for his opening statement.

**Argument**

Pursuant to the Court's minute order of July 27, 2018, Secolsky submitted to Plaintiff's counsel a copy of the PowerPoint presentation that he intends to use in his opening statement, a printout of said presentation being attached hereto as an Exhibit. Plaintiff objects to portions of the presentation, as detailed below.

1. Plaintiff objects to Slide #2. It presents improper personal opinion and goes well beyond the scope of any evidence that might be presented at trial.

2. Plaintiff objects to Slide #3. It presents improper personal opinion and goes well beyond the scope of any evidence that might be presented at trial. This slide indicates that Secolsky somehow intends to reference Plaintiff's "strong Korean Christian beliefs" during the trial. Such a reference is completely irrelevant to any of the allegations against Secolsky. Plaintiff urges the court to caution Secolsky that Plaintiff's religious beliefs may not be mentioned in his opening statement, nor are they admissible at trial. More importantly, this slide indicates that Secolsky somehow intends to reference Plaintiff's "racial bias, particularly of African

Americans" during the trial.  Such a reference is unfairly prejudicial to the Plaintiff and is completely irrelevant to any of the allegations against Secolsky.  Plaintiff urges the court to caution Secolsky that such irrelevant and prejudicial material regarding Plaintiff's supposed bias may not be mentioned in his opening statement, nor is it admissible at trial.

3. Plaintiff objects to Slide #5.  This slide misstates the law.  The jury is not free to "decide if a charge of Battery is appropriate."

4. Plaintiff objects to Slide #7.  Secolsky's statement that "What must be decided here is whether Defendant Secolsky's behavior was done with intent to inflict harm …" is a misstatement of the law.

5. Plaintiff objects to Slide #16, first bullet point. Showing that "Park was always free of racial discrimination" is irrelevant, and no evidence of that has been offered.

6. Plaintiff objects to Slide #18.  It presents an improper conclusion of law and personal opinion.

7. Plaintiff objects to Slide #22.  It presents improper conclusions.

## CONCLUSION

WHEREFORE, for the above and foregoing reasons, Plaintiff HYE-YOUNG PARK respectfully requests that the Defendant CHARLES SECOLSKY be prohibited from presenting the above objected-to elements in his opening statement.

Dated:  August 17, 2018    Respectfully submitted,

            HYE-YOUNG PARK
By:  s/ Marshall Dennis Mickunas_____
     M. Dennis Mickunas
     ARDC # 6293386
     312 Yankee Ridge Ln
     Urbana, IL 61802
     Phone: 217-328-4000
     dennis@mickunas-law.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 17, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties involved in the case who are entitled to notice and who are CM/ECF participants.  I also hereby certify that I have mailed by United States Postal Service the above- referenced document to the following non-CM/ECF participants:

Charles Secolsky  
126 Rolling Meadows Road  
Middletown, NY 10940

By: s/ Marshall Dennis Mickunas_____  
Plaintiff's Attorney  
M. Dennis Mickunas  
ARDC # 6293386  
312 Yankee Ridge Ln  
Urbana, IL 61802  
Phone: 217-328-4000  
dennis@mickunas-law.com

Prepared by:  
M. Dennis Mickunas  
312 Yankee Ridge Ln  
Urbana, IL 61802  
Phone: 217-328-4000  
dennis@mickunas-law.com