IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| HYE-YOUNG PARK, a/k/a LISA PARK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAL T. HUDSON, individually, ) <br> HEIDI JOHNSON, individually, ) <br> CHARLES SECOLSKY, individually, ) <br> ROBERT STAKE, individually, ) <br> and THE BOARD OF TRUSTEES OF THE ) <br> UNIVERSITY OF ILLINOIS, ) <br> ) <br> Defendants. ) <br> ) | Case No.:15-cv-2136 |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE HER SECOND MOTION IN LIMINE

NOW COMES the Plaintiff, HYE-YOUNG PARK ("Park"), by her attorney, M. Dennis Mickunas, and for her Motion for Leave to File Her Second in Limine states as follows.

## ARGUMENT

In its minute order of May 31, 2018, the court ordered that all motions in limine be filed by June 29, 2018.  In its minute order of July 27, 2018, the court ordered that Defendant CHARLES SECOLSKY ("Secolsky") provide his PowerPoint presentation to Plaintiff's counsel by August 16, 2018.  Plaintiff filed her objections to said PowerPoint presentation on August 17, 2018 (ECF # 228).  In his PowerPoint presentation, it became clear for the first time that Secolsky intends to accuse Park of racism in the presence of the jury.  Such an accusation would be false, irrelevant, and unfairly prejudicial to Park, and would create a substantial injustice to Park.  Accordingly, Park respectfully requests leave to file her Second Motion in Limine, attached hereto as an Exhibit.

**CONCLUSION**

Wherefore, for the above stated reasons, Plaintiff, HYE-YOUNG PAK hereby requests that this court grant her leave to file her Second Motion in Limine *instanter*.


Dated: August 19, 2018                    Respectfully submitted,


                                          HYE-YOUNG PARK
                                    By:   s/ Marshall Dennis Mickunas_____
                                          M. Dennis Mickunas
                                          ARDC # 6293386
                                          312 Yankee Ridge Lane
                                          Urbana, IL 61802
                                          Phone: 217-328-4000
                                          dennis@mickunas-law.com


**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties involved in the case who are entitled to notice and who are CM/ECF participants.  I also hereby certify that I have mailed by United States Postal Service the above- referenced document to the following non-CM/ECF participants:

Charles Secolsky, Days Inn,
914 W. Bloomington Road,
Room 103,
Champaign, IL 61821.

                                          By: s/ Marshall Dennis Mickunas_____
                                          Plaintiff's Attorney
                                          M. Dennis Mickunas
                                          ARDC # 6293386
                                          312 Yankee Ridge Ln
                                          Urbana, IL 61802
                                          Phone: 217-328-4000
                                          dennis@mickunas-law.com