IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| HYE-YOUNG PARK, a/k/a LISA PARK, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.:15-cv-2136 ) |
| MICHAL T. HUDSON, individually, HEIDI JOHNSON, individually, CHARLES SECOLSKY, individually, ROBERT STAKE, individually, and THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## PLAINTIFF'S SECOND MOTION IN LIMINE

NOW COMES the Plaintiff, HYE-YOUNG PARK ("Park"), by her attorney, M. Dennis Mickunas, and for her Motion in Limine states as follows.

## ARGUMENT

Plaintiff moves to bar defendants from accusing the plaintiff of racism or of referring to any of plaintiff's statements or acts as racist. There is no evidence whatsoever that Park is racist or that her ethnological research is racist. Such an accusation would be absolutely false, highly inflammatory, unfairly prejudicial, and.is barred by FED. R. EVID. 402 and 403. Even assuming, arguendo, that plaintiff *is* racist, that would have no relevance to the issues in this case and is barred by FED. R. EVID. 402 and 403.

**CONCLUSION**

Wherefore, Plaintiff, HYE-YOUNG PAK hereby requests that this court grant her motion in limine and instruct the Defendant CHARLES SECOLSKY, defendant's counsel and witnesses to not reference or disclose to the jury any matters suggesting that the Plaintiff is racist..

Dated: August 19, 2018                     Respectfully submitted,


                                           HYE-YOUNG PARK
                                   By:     s/ Marshall Dennis Mickunas
                                           M. Dennis Mickunas
                                           ARDC # 6293386
                                           312 Yankee Ridge Lane
                                           Urbana, IL 61802
                                           Phone: 217-328-4000
                                           dennis@mickunas-law.com