IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| HYE-YOUNG PARK, a/k/a LISA PARK, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL T. HUDSON, individually, )<br>HEIDI JOHNSON, individually, )<br>CHARLES SECOLSKY, individually, )<br>ROBERT STAKE, individually, )<br>and THE BOARD OF TRUSTEES OF )<br>THE UNIVERSITY OF ILLINOIS, )<br>)<br>Defendants. ) | Case No. 15-cv-2136 |

## DEFENDANT ROBERT STAKE'S
## SECOND MOTION *IN LIMINE*

NOW COMES defendant, ROBERT STAKE, by and through his attorneys, Thomas, Mamer & Haughey, LLP, and for his SECOND MOTION *IN LIMINE*, states:

Plaintiff has submitted a proposed Statement of the Case which makes reference to a claim that the plaintiff "alleges that one of the defendants, Robert Stake, kissed her on the lips and forced his tongue into her mouth." Plaintiff's complaint does not make any such allegation. Plaintiff's deposition, in responding to questions about the alleged kiss, merely states that she was kissed on the lips. No reference to an attempt to force his tongue into her mouth is stated by plaintiff.

1

This claim is new, undisclosed, and has not been the subject of pretrial discovery.  This claim, in the context of this case, is prejudicial and, if allowed, would deprive defendant, Stake, of a fair trial.

Defendant requests the Court to bar plaintiff, plaintiff's witnesses and co-defendant from any mention, argument, or claim, before the jury, of this new allegation.

      Respectfully submitted,

      Robert Stake, Defendant

By:    s/ William J. Brinkmann
       William J. Brinkmann
       Kenneth D. Reifsteck
       Nathan T. Kolb
       Thomas, Mamer & Haughey, LLP
       30 E. Main, PO Box 560
       Champaign, IL 61824-0560
       PH: (217) 351-1500
       Fax: (217) 351-2169
       wjbrinkm@tmh-law.com
       kdr@tmh-law.com
       nkolb@tmh-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2018, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties. On the same day, a true and correct copy of the foregoing instrument was placed in the United States Mail, first-class postage properly prepaid, and addressed to:

>Charles Secolsky
>126 Rolling Meadows Road
>Middletown, NY  10940

>/s/ **William J. Brinkmann**
>William J. Brinkmann
>Attorney for Defendant Robert Stake
>Thomas, Mamer & Haughey, LLP
>30 E. Main, PO Box 560
>Champaign, IL 61824-0560
>PH: (217) 351-1500
>Fax: (217) 351-2169
>wjbrinkm@tmh-law.com

Prepared by:

William J. Brinkmann
Kenneth D. Reifsteck
Nathan T. Kolb
Thomas, Mamer & Haughey, LLP
30 E. Main St., 5th Flr.; PO Box 560
Champaign, IL 61824
(217) 351-1500
wjbrinkm@tmh-law.com
kdr@tmh-law.com
nkolb@tmh-law.com