## I. NATURE OF ACTION AND JURISDICTION

This is a civil action for money damages. Plaintiff alleges the conduct of both defendants caused her severe emotional distress. The plaintiff, Hye-Young Park, alleges that one of the defendants, Robert Stake, kissed her on the lips. Stake denies that this happened, admitting only that he kissed Park on her forehead, causing her no injury. Park also alleges that Stake attempted to kiss her on other occasions which Stake denies. Park alleges that the other defendant, Charles Secolsky tricked her into viewing a sexually explicit film clip and continued to harass her over a period of months. While Secolsky admits doing the acts, he denies that they were done with malice or that they caused injury to Park. Park also alleges that Secolsky retaliated against her when she complained about his behavior. Secolsky denies retaliating. Park also alleges that these acts were done under circumstances that make them a federal sexual harassment violation. Secolsky denies those circumstances.

## I. NATURE OF ACTION AND JURISDICTION

This is an action for personal injury and federal civil rights violation resulting in severe emotional distress. The plaintiff, Hye-Young Park, alleges that one of the defendants, Robert Stake, kissed her on the lips and forced his tongue into her mouth. Stake denies that this happened, admitting only that he kissed Park on her forehead, causing her no injury. Park also alleges that Stake attempted to kiss her on other occasions, which Stake denies. Park alleges that the other defendant, Charles Secolsky tricked her into viewing a sexually explicit film clip and continued to harass her over a period of months. While Secolsky admits doing the acts, he denies that they were done with malice or that they caused injury to Park. Park also alleges that Secolsky retaliated against her when she complained about his behavior. Secolsky denies retaliating. Park also alleges that these acts were done under circumstances that make them a federal sexual harassment violation. Secolsky denies those circumstances.

## I.  NATURE OF ACTION AND JURISDICTION

This is an action for personal injury and federal civil rights violation resulting in severe emotional distress.  The plaintiff, Hye-Young Park, alleges that one of the defendants, Robert Stake, kissed her on the lips and forced his tongue into her mouth.  Stake denies that this happened, admitting only that he kissed Park on her forehead, causing her no injury.  Park also alleges that Stake attempted to kiss her on other occasions, which Stake denies. Park alleges that the other defendant, Charles Secolsky, tricked her into viewing a sexually explicit film clip and continued to harass her over a period of months.  While Secolsky admits doing the acts, he denies that they were done with malice or that they caused injury to Park.  Park also alleges that Secolsky retaliated against her when she complained about his behavior.  Secolsky denies retaliating.  Park also alleges that these acts were done under circumstances that make them a federal sexual harassment violation.  Secolsky denies those circumstances.