

Deliberations
Slow

Need to Eat.
[signature] 8/24/18



# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

CHAMBERS
OF
COLIN S. BRUCE
UNITED STATES DISTRICT JUDGE

318 U.S. COURTHOUSE
201 SOUTH VINE STREET
URBANA, ILLINOIS 61802
TEL 217-974-7510
FAX 217-373-5855
COLIN_BRUCE@ILCD.USCOURTS.GOV

*FILED AUG 24 2018 — CLERK OF THE COURT, U.S. DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS, URBANA, ILLINOIS*

Good Evening,

The time is now shortly after 5:30 p.m.

Would you like to continue to deliberate this evening or would you like to return in the morning to continue your deliberations?

If you would like to continue your deliberations this evening, would you like us to order dinner for you? Dinner will take approximately one hour to arrive after it is ordered.

Please mark the appropriate box below indicating your preference.

Colin S. Bruce
United States District Judge

☐   Continue to deliberate this evening.

☒   Continue to deliberate this evening and order dinner for us.

☐   Leave and return to continue deliberations in the morning.

_____
Foreperson



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS



CHAMBERS
OF
COLIN S. BRUCE
UNITED STATES DISTRICT JUDGE

318 U.S. COURTHOUSE
201 SOUTH VINE STREET
URBANA, ILLINOIS 61802
TEL 217-974-7510
FAX 217-373-5855
COLIN_BRUCE@ILCD.USCOURTS.GOV

Good Evening,

The time is now shortly before 8:00 p.m.

Would you like to continue to deliberate this evening or would you like to return in the morning to continue your deliberations?

Please mark the appropriate box below indicating your preference.

*Colin S. Bruce*
Colin S. Bruce
United States District Judge

☒ Continue to deliberate this evening.

☐ Leave and return to continue deliberations in the morning.

_____
Foreperson

Could the Judge please clarify if the ODEA Complaint ~~was~~ was for racial discrimination in accordance with Count VII,

First paragraph

Roger Allen  Foreperson

8/24/18

FILED
AUG 24 2018
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

CHAMBERS
OF
COLIN S. BRUCE
UNITED STATES DISTRICT JUDGE

318 U.S. COURTHOUSE
201 SOUTH VINE STREET
URBANA, ILLINOIS 61802
TEL 217-974-7510
FAX 217-373-5855
COLIN_BRUCE@ILCD.USCOURTS.GOV

You have heard and received all of the evidence in this case. You should rely on your independent recollection of the evidence. Give fair and equal consideration to all of the evidence and continue to deliberate with the goal of reaching an agreement that is consistent with the individual judgement of each juror.

Colin S. Bruce
United States District Judge