E-FILED
Monday, 27 August, 2018 11:11:05 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

FILED
AUG 24 2018
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| HYE-YOUNG PARK, a/k/a LISA PARK, | ) |
| Plaintiff, | ) |
| v. | ) No.: 15-CV-2136 |
| CHARLES SECOLSKY and ROBERT STAKE | ) Hon. Colin S. Bruce |
| Defendants. | ) |

## JURY VERDICT

Counts I-IX: Defendant Charles Secolsky

On Count I, Plaintiff's battery claim against Defendant Charles Secolsky, the court has already found Defendant Charles Secolsky liable.

On Count II, Plaintiff's assault claim against Defendant Charles Secolsky, we, the jury, find in favor of:

(CHECK ONE) Plaintiff____✓____ Defendant_____

On Count III, Plaintiff's hate crime claim against Defendant Charles Secolsky, we, the jury, find in favor of:

(CHECK ONE) Plaintiff_____ Defendant____✓____

51

On Count IV, Plaintiff's gender-related violence claim against Defendant Charles Secolsky, we, the jury, find in favor of:

(CHECK ONE) Plaintiff_____ Defendant____✓____

On Count V, Plaintiff's false imprisonment claim against Defendant Charles Secolsky, we, the jury, find in favor of:

(CHECK ONE) Plaintiff____✓____ Defendant_____

On Count VI, Plaintiff's Illinois Human Rights Act claim that Defendant Charles Secolsky violated her civil rights, we, the jury, find in favor of:

(CHECK ONE) Plaintiff____✓____ Defendant_____

On Count VII, Plaintiff's retaliation claim against Defendant Charles Secolsky, we, the jury, find in favor of:

(CHECK ONE) Plaintiff_____ Defendant____✓____

On Count VIII, Plaintiff's intentional infliction of emotional distress claim against Defendant Charles Secolsky, we, the jury, find in favor of:

(CHECK ONE) Plaintiff____✓____ Defendant_____

On Count IX, Plaintiff's Equal Protection claim against Defendant Charles Secolsky, we, the jury, find in favor of:

(CHECK ONE) Plaintiff____✓____ Defendant_____

Compensatory Damages: Defendant Charles Secolsky

The court has already found Defendant Charles Secolsky liable for Count I, battery. You must still determine what amount, if any, of compensatory damages Plaintiff Hye-Young Park is entitled to on the battery claim. Further, if you have found that Defendant Secolsky is liable on any of the other counts, Counts II through IX, then you must determine if Plaintiff is entitled to compensatory damages on those counts.

If, however, you have found that Plaintiff suffered no damages due to the battery, and that Defendant Secolsky is not liable on any other count, then you will not award compensatory damages and may sign and date the verdict form.

If you find Defendant Secolsky liable on Count IX but find that Hye-Young Park has failed to prove compensatory damages, then you must award nominal damages of $1.00.

We find Plaintiff Hye-Young Park's compensatory or nominal damages to be:

$ _____150,000_____

Punitive Damages: Defendant Charles Secolsky

If you have awarded compensatory damages against Defendant Secolsky, you may also determine if Plaintiff is entitled to punitive damages. Please complete the following section only if you assess punitive damages against Defendant Charles Secolsky:

We find punitive damages against Defendant Charles Secolsky to be:

$ 350,000

Counts XI-XIII: Defendant Robert Stake

On Count XI, Plaintiff's battery claim against Defendant Robert Stake, the court has already found Defendant Robert Stake liable.

On Count XII, Plaintiff's hate crime claim against Defendant Robert Stake, we, the jury, find in favor of:

(CHECK ONE) Plaintiff_____ Defendant___✓____

On Count XIII, Plaintiff's gender-related violence claim against Defendant Robert Stake, we, the jury, find in favor of:

(CHECK ONE) Plaintiff_____ Defendant___✓____

Compensatory Damages: Defendant Robert Stake

The court has already found Defendant Robert Stake liable for Count XI, battery. You must still determine what amount, if any, of

compensatory damages Plaintiff Hye-Young Park is entitled to on the battery claim. Further, if you have found that Defendant Stake is liable on any of the other counts, Counts XII and XIII, then you must determine if Plaintiff is entitled to compensatory damages on those counts.

If, however, you have found that Plaintiff suffered no damages due to the battery, and that Defendant Stake is not liable on any other count, then you will not award compensatory damages and may sign and date the verdict form.

We find Plaintiff Hye-Young Park's compensatory damages to be:

$ 

## Punitive Damages: Defendant Robert Stake

If you have awarded compensatory damages against Defendant Stake, you may also determine if Plaintiff is entitled to punitive damages. Please complete the following section only if you assess punitive damages against Defendant Robert Stake:

We find punitive damages against Defendant Robert Stake to be:

$ 

Fill in the date, and each juror must sign the form.

Date: Aug 24 2018

s/Foreperson

Presiding Juror
s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror