E-FILED
Wednesday, 26 September, 2018  10:59:10 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

|  |  |
|---|---|
| HYE-YOUNG PARK, a/k/a LISA PARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.:15-cv-2136 |
| | ) |
| MICHAL T. HUDSON, individually, | ) |
| HEIDI JOHNSON, individually, | ) |
| CHARLES SECOLSKY, individually, | ) |
| ROBERT STAKE, individually, | ) |
| and THE BOARD OF TRUSTEES OF | ) |
| THE UNIVERSITY OF ILLINOIS, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF CONTINUING REPRESENTATION

In response to the Court's text order of September 26, 2018, Attorney Marshall Dennis

Mickunas informs the Court that he will continue to represent Plaintiff Hye-Young Park in all

matters before the District Court.  However, Plaintiff Park wishes to proceed *pro se* in any

appeal, so Attorney Mickunas will not be involved in representing her in the Seventh Circuit

Court of Appeals.


Dated:  September 26, 2018                    Respectfully submitted,

                                  Marshall Dennis Mickunas
                        By:    s/ Marshall Dennis Mickunas
                                  M. Dennis Mickunas
                                  ARDC # 6293386
                                  312 Yankee Ridge Ln
                                  Urbana, IL 61802
                                  Phone: 217-328-4000
                                  dennis@mickunas-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties involved in the case who are entitled to notice and who are CM/ECF participants.  I also hereby certify that I have mailed by United States Postal Service the above- referenced document to the following non-CM/ECF participants:

Charles Secolsky
126 Rolling Meadows Road
Middletown, NY 10940


By: s/ Marshall Dennis Mickunas_____
Plaintiff's Attorney
M. Dennis Mickunas
ARDC # 6293386
312 Yankee Ridge Ln
Urbana, IL 61802
Phone: 217-328-4000
dennis@mickunas-law.com