```
                UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF ILLINOIS

HYE-YOUNG PARK,
                                        Docket No. 15-2136
          Plaintiff,

   vs.                                  Urbana, Illinois
                                        August 22, 2018

CHARLES SECOLSKY and
ROBERT STAKE,

          Defendants.


            EXCERPTS OF EXAMINATION OF PLAINTIFF
              (Regarding Incident of January 24, 2014)

            BEFORE THE HONORABLE COLIN S. BRUCE
                UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S :

For the Plaintiff:      MARSHALL DENNIS MICKUNAS, ESQUIRE
                        Mickunas Law Office
                        312 Yankee Ridge Lane
                        Urbana, Illinois 61802
                        217-328-4000

Pro Se Defendant:       CHARLES SECOLSKY
                        126 Rolling Meadows Road
                        Middletown, New York 10940
                        973-489-6472

For Defendant Stake:    WILLIAM J. BRINKMANN, ESQUIRE
                        NATHAN T. KOLB, ESQUIRE
                        Thomas Mamer & Haughey LLP
                        30 East Main Street, Suite 500
                        P.O. Box 560
                        Champaign, Illinois 61824
                        217-351-1500
```

Proceedings recorded by mechanical stenography; transcript produced by computer.

1          (In open court; jury present; 10:01 a.m.)

2              CONTINUATION OF DIRECT EXAMINATION OF

3            HYE-YOUNG "LISA" PARK (previously sworn)

4                     BY MR. MICKUNAS:

5     Q    We've spoken about that January 24th incident

6  in Dr. Secolsky's apartment when he showed you the porno.

7     A    Yes.

8          MR. MICKUNAS:  Your Honor, I would like Ms.

9  Park to make a demonstrative sketching on the board:  the

10 apartment, the furniture, and so on, and where she moved

11 about and where Dr. Secolsky moved about.

12         THE COURT:  Mr. Secolsky, do you understand

13 what Mr. Mickunas is asking me to allow?

14         MR. SECOLSKY:  Do I have that -- that's fine.

15         THE COURT:  No objection then?

16         MR. SECOLSKY:  Do you have the -- do you have

17 the --

18         THE COURT:  No, no, Mr. -- talk to me, --

19         MR. SECOLSKY:  Oh.

20         THE COURT:  -- not to Mr. Mickunas.

21         MR. SECOLSKY:  I'm just hoping he has the floor

22 plan to show.

23         THE COURT:  I don't know what he has.  He's

24 asking if she can draw, as I understand it.

25         MR. SECOLSKY:  Okay.  No objection.

1          THE COURT:  All right.  And, Mr. Mickunas, I
2    beg your pardon.  I forgot to -- ladies and gentlemen, as
3    far as Exhibit 69 was concerned, I forgot to give you the
4    same limiting instruction I did for 68.  Same
5    instruction.  It's for that limited purpose.
6          I apologize, Mr. Brinkmann.  I forgot to say
7    that.
8          MR. BRINKMANN:  That's okay.
9          THE COURT:  Please proceed, Mr. Mickunas.
10         Do you want to use the board?
11         MR. MICKUNAS:  The easel -- or the board, yes.
12         THE COURT:  Ladies and gentlemen, you'll notice
13   we're not using the fancy electronic board for fear that
14   it doesn't work, so we're going old school.  There's no
15   other reason we're using the paper other than we're not
16   sure the electronic board is going to work.
17         (Brief pause in proceedings.)
18   BY MR. MICKUNAS:
19      Q    What was the room in which the --
20      A    Living room.
21      Q    Was the room in which you viewed the video
22   fairly rectangular?
23      A    Yeah.
24      Q    Would you draw a rectangle, please?
25      A    [Inaudible.]

```
 1                    (Sharpie is not working; brief pause in
 2                proceedings to obtain a replacement.)
 3          Q     Is there a door?
 4          A     The door is here, and this is the exit.
 5          Q     Is that a door to exit the apartment?
 6          A     Yes.
 7          Q     Are those four sides the rectangle walls?
 8          A     Yes.  This is a wall, wall, wall.
 9          Q     To the right, is that a wall, or does that go
10   off to a room?
11          A     This type -- there's a bedroom, two bedroom.
12          Q     So to the right, there's not a full wall?
13          A     Yeah.  It's not a wall.
14          Q     It goes to other parts of the apartment?  Yes?
15          A     It's not a wall.  It's like --
16                THE COURT:  All right.  So the record is clear,
17   you've drawn a rectangle; and then the bottom line of the
18   rectangle at the lower left corner, you indicated that's
19   the door.
20                WITNESS PARK:  Yes.
21   BY MR. MICKUNAS:
22          Q     There's a door exiting in the lower left
23   corner?
24          A     Yes.
25          Q     The left side of the rectangle, is that a solid
```

```
 1  wall?
 2       A    Yes.
 3       Q    The top of the rectangle, --
 4       A    Yes.
 5       Q    -- is that a solid wall?
 6            Can you show where the couch was placed in that
 7  room?
 8       A    Couch is -- it's a sofa.
 9       Q    So the sofa was on the -- against the lower
10  wall in your rectangle?
11       A    Yes.
12       Q    And can you show where the television was?
13       A    The television was here.
14       Q    Is it hanging on the wall or what?  Around the
15  table?
16       A    On the table.
17       Q    Well, it's inside the wall then; shouldn't it
18  be?  Is it outside the wall?  You've drawn it outside the
19  wall.
20       A    No.  I mean, it's like -- this is a wall, and
21  there's a TV, and there's a -- some kind of like --
22       Q    So was the TV inside the room?
23       A    Yeah.
24       Q    So --
25       A    Inside, in the living room.
```

```
 1      Q    -- inside the living room?
 2           THE COURT:  All right.  So you've indicated
 3  there's a television directly across from the couch --
 4           WITNESS PARK:  Yes.
 5           THE COURT:  -- in the upper right-hand corner
 6  of the rectangle you've drawn representing the living
 7  room?
 8           WITNESS PARK:  Yes.
 9           THE COURT:  Okay.
10  BY MR. MICKUNAS:
11      Q    Now, you've said that Dr. Secolsky asked you to
12  watch a video --
13      A    Yes.
14      Q    -- and asked you to sit.
15           Where did you sit?
16      A    I sit here.
17      Q    You've indicated on the far right-hand edge --
18      A    Yes.
19      Q    -- of the couch?
20           Opposite the television?
21      A    Yes.
22      Q    And where did he stand?
23      A    He stand left side of TV, here, with the
24  remote.
25      Q    Okay.  What happened then?
```

1    A    So we finished the proposal.  I was about to
2  go, and he's asking me to watch a video.
3            So I said, "Why?"
4            He said, "You need to know American culture."
5            And I said, "It's getting late."
6            He said, "It will -- just to, only 15 minutes,
7  only 15 minutes."
8            So I agreed to stay there just for 15 minutes.
9            And he pulled -- he was holding the remote, and
10 then he showed the first part of the movie.  And then he
11 fast-forward; and I saw a lot of dirty stuff, like a lot
12 of men and woman in the bathroom, and then like
13 [gesturing].
14           THE COURT:  I don't understand.  Say that
15 again.  Keep your voice up.
16    A    A lot of people in a public bathroom, and
17 they're -- a lot of men and woman, young people.  But
18 it's like in '60s or '70s, and they are all naked and
19 doing something gross.  Yeah.  So I said, "What are you
20 doing?  Why are you showing this?"
21           And then he said, "Asian women like white men."
22           "I want to go home.  I want to leave."
23           So he just, he just say --
24    Q    Okay.  You didn't do all that sitting on the
25 couch, did you?

```
 1        A    So, yeah, here and then --
 2        Q    No, no.  Tell me exactly when you got up from
 3   the couch.
 4        A    When I saw there's -- "Why are you doing this?"
 5   And then I got up.
 6        Q    And where did you head to?
 7        A    The door.
 8        Q    You were heading toward the door?
 9             THE COURT:  So you're heading to the door
10   that's in the lower left-hand corner of the drawing?
11             WITNESS PARK:  Yes.
12        Q    What's Dr. Secolsky saying?
13        A    [Gesturing.]
14        Q    Please show -- did he do that while standing in
15   that position?
16        A    Here.
17        Q    So he moved?
18        A    I was about to leave.  He was in front of me
19   here.  Him, here; and then he's saying -- gesturing, he
20   spread his arms -- "Watch more.  Watch more."
21             And then he, like -- he said, "Kiss me."  And
22   then he also said he would pay me if I watch.  I just --
23   I feel so humiliated to treat me like this.
24             THE COURT:  So you've now indicated that you're
25   standing --
```

```
 1                WITNESS PARK:  I was --
 2                THE COURT:  I'm talking.
 3                You're standing in front of the couch, and you
 4    just held your arms out, both your arms and hands out.
 5    Mr. Secolsky had his arms --
 6                WITNESS PARK:  I was like [demonstrating].  He
 7    was like this [demonstrating].
 8                THE COURT:  Now you're jumping back and forth.
 9    BY MR. MICKUNAS:
10         Q    Did he jump back and forth like that?
11         A    No.  He --
12         Q    He just stayed in place with his arms out?
13         A    [Inaudible] could I have water?
14                (Brief pause in proceedings.)
15         A    So what's the question again?
16         Q    So he was standing in front of you.  What did
17    you do next?
18         A    So I said I wanted to leave.  And, and then I
19    tried to go around.  And he sort of like go around; he
20    grab my arms and --
21         Q    I'm sorry.  He what?
22         A    Grabbed my arms, my arm.  And then, "Five more
23    minutes.  Five more minutes."
24                So I said, "I will tell Dr. Stake."
25                And then he suddenly came by the couch and
```

1 kneeled down.
2     Q    Please show where he positioned himself.
3     A    Here.
4     Q    On the couch?
5     A    Yeah, the couch.
6     THE COURT:  All right.  You just circle -- you
7 put a circle in the rectangle with the couch, the far
8 left side closest to the door; is that right?
9     WITNESS PARK:  Yes.
10 BY MR. MICKUNAS:
11     Q    Did, did he -- you say he knelt?
12     A    Yeah.  He knelt down, and then he knelt down
13 and then -- rubbing his hands like this [demonstrating],
14 and then, "Forgive me," asking for forgiveness.
15     I mean -- and then he brought up his childhood.
16 "My mom died young," and he -- when he's young.  So he
17 said he was, he was -- he used to be a foster child, and
18 also he said his father was all kooky.
19     So, I mean, I was shocked to see him being like
20 this, you know.  So I said, "I want to go home.  I want
21 to go home."
22     And then he said, "Don't tell Dr. Stake."
23     And then I was moving down the wall, and then
24 he just came here and then --
25     Q    Wait.

1     A     Okay.

2     Q     "Here," where is here?

3     A     Near here.

4     Q     Where did you try to go?

5     A     Door.

6     Q     You were moving toward the door?

7     A     Yeah.

8     Q     Where -- what did he do?

9     A     He said -- he --

10    Q     Where did he move to?

11    A     He came in front of the door.

12    Q     He moved --

13    A     Yeah.

14    Q     -- between you and the door?

15    A     Yeah.

16    Q     Okay.  And then what did he do?

17    A     He said, "Oh, don't tell Dr. Stake."

18          "I want to leave," and then he let me go.

19    Q     Thank you.  That's enough for the drawing.

20         THE COURT:  We're done with the demonstrative

21 exhibit?

22         MR. MICKUNAS:  We're done with the

23 demonstrative exhibit.  Yes.

24         THE COURT:  We're going to take a photograph of

25 that and put it in the record as Plaintiff's

1   Demonstrative Exhibit 1.  My courtroom deputy will
2   take --
3           MR. SECOLSKY:  Can you leave it on for me?
4           THE COURT:  It will still be there,
5   Mr. Secolsky, available for you if you need it.
6   BY MR. MICKUNAS:
7       Q    Lisa, will you tell us again on what date this
8   occurred?
9       A    January 24, 2014.
10      Q    Thank you.
11           You indicated in your demonstration that Dr.
12  Secolsky moved around quite a bit?
13      A    Yes.
14      Q    As we've seen, he has some difficulty nowadays.
15      A    Right now.
16      Q    Was he, was he able to move on January 24,
17  2014, in a manner different from the way you see him,
18  you've seen him move today?
19      A    Yeah.  He -- I feel sorry that he has this, not
20  getting -- much worse.  Right now I see him not
21  functioning.  Sorry.  But --
22      Q    So did you observe any difficulty in Dr.
23  Secolsky making the --
24      A    No.
25      Q    -- movements --

```
 1      A     No, no.
 2      Q     -- that you described?
 3      A     No.
 4      Q     Thank you.
 5                 (Line of questioning concludes, 10:16 a.m.)
 6                 * * * * * * * * * * * * * * *
 7                 (In open court; jury present; 3:52 p.m.)
 8              CONTINUATION OF CROSS-EXAMINATION
 9         OF HYE-YOUNG "LISA" PARK (previously sworn)
10                    BY MR. SECOLSKY:
11      Q     The last time you spoke to me, --
12      A     Yes.
13      Q     -- you say I grabbed your arm, right?
14      A     Yes.
15      Q     You say I touched your hand?
16      A     Yes.
17      Q     What do you -- who do you think -- do you ever
18 think it's touch your hand?
19      A     What?
20      Q     Do you ever think it's touch -- I touched your
21 hand instead of grabbed your arm?
22      A     You grabbed my arm.
23      Q     I grabbed your arm.
24            Mr. Mickunas demonstrated before that I twisted
25 you around like we were dancing; --
```

```
 1      A    What?
 2      Q    -- is that true?
 3           That I twisted you around?  I didn't twist you;
 4  just grab -- you're saying I grabbed your hand or grabbed
 5  your arm, right?
 6      A    Yes.
 7      Q    Didn't touch your hand, but did I do anything
 8  else?  Did I let go, or I twisted your arm?
 9      A    Twist my arm?
10      Q    Did I, did I grab -- you said I grabbed your
11  arm.
12      A    Yes.
13      Q    Did I twist it?
14      A    No.
15      Q    Just grabbed it.  How long did I --
16      A    Grab.
17      Q    That high up?
18      A    Grab.
19      Q    That high up?
20      A    Yes.
21      Q    Did I swing you around?
22      A    Swing?
23      Q    Swing you around like Mr. Mickunas said?
24      A    [No response.]
25      Q    No?
```

```
1      A    You grabbed my arms.

2      Q    I touched your hand, I think.  Didn't you say

3  that?

4      A    What?

5      Q    I think I touched your hand.  Don't you say

6  that?  We disagree, don't you think?

7      A    Yes.

8              (Line of questioning concludes, 3:53 p.m.)

9

10                      * * * * * * * * * *

11

12                      REPORTER'S CERTIFICATE

13       I, LISA KNIGHT COSIMINI, RMR-CRR, hereby certify

14  that the foregoing is a correct transcript from the

15  record of proceedings in the above-entitled matter.

16       Dated this 7th day of March, 2019.

17

18

19            _____s/Lisa Knight Cosimini_____
              Lisa Knight Cosimini, RMR-CRR
20            Illinois License # 084-002998

21

22

23

24

25
```