E-FILED
Monday, 25 November, 2019  01:43:55 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIIS –URBANA,

NOVEMBER 221, 2019

PLAINTIFF:

HYE-YOUNG PARK aka LISA PARK

Vs.

DEFENDANTS:

MICHAL T. HUDSON, individually,

HEIDI JOHNSON, individually,

CHARLES SECOLSKY, individually,

ROBERT STAKE, individually,

And THE BOARD OF RUSTEESS OF THE

UNIVERSITY OF ILLINOIS

CASE NO. 15-cv-2136



## MOTION FOR COMTINUANCE OF THE CITATION TO DISCOVER ASSETS TO THIRD PARTY

NOW COMES CHARLES SECOLSKY, DEFENDANT, WHO ENTERS A MOTON OF CONTINUANCE OF THE HEARING SCHEDULED FOR DECEMBER 5, 2019 FOR THE CITATION TO DISCOVER ASSETS OF CHARLES SECOLSKY TO THIRD PARTIES. SSECOLSKY FILED A <u>WRIT OF CERTIORARI</u> APPEALING THE DECISION OF THE COURT OF APPRALS OF THE SEVENTH CIRCUIT DATED OCTOBER 9,2019  SUCH A FILIN WITH  THE SUPREME  COURT OBVIOUSSLY HAS REMIFCATONS  FOR THE CITATION HEARINH SCHEDULED FOR DECMBER 5, 2019 IN THE CENTRAL  DISTRICT COURT  OF ILINOIS.

The decision   the Court of Appeals of the Seventh Circuit (Case 18-3017) was issued on October 9, 2019. That court granted Secolsky an extension of time to file a Petition for Rehearing until October 8, 2019. His filing was postmarked October 8,2019 in compliance with the granted extension. Secolsky was furthermore granted the extension to POSTMARK the filing on October 8, 2019 by the Court Clerk as had been for other filings with the Court of Appeals of the Seventh Circuit .On the morning of  the next  day, October 9, 2019, Secolsky was informed  by the Court of  Appeals  that the CASE 18-3017 was now closed. Secolsky is filing the Writ of Certiorari with the United States Supreme Court on the grounds that his legal rights were inappropriately taken from him even though he had satisfied the

conditions of filing, granted to him with filing the Petition for Rehearing in the Court of Appeals of the Seventh Circuit.

Secolsky's unfair treatment nr the Court of Appeals of the Seventh Circuit Is particularly problematic for him because three of filings in the Court of Appeals were dismissed for violation(s) of the Federal Regulations of Appeals Procedures (FRAP,, Thus the final order issued by the Court of Appeals of the Seventh Circuit excluded most of Secolsky's testimony contained b his opening, responsive , and final briefs

.Legal staff at the United States Supreme Court advised Secolsky that he would have a decent chance that his Writ would be heard by the Supreme Court the action /decision by the Court of Appeals granting his extension for filing the Petition for Rehearing and meeting that deadline represents a Completed Event that existed prior to the ending the Court of Appeals Case on the following day October 9, ,2019 . 18-3017

Secolsky's subsequent filings with the COURT OF APPEALS WOULD FOLLOW FRAP.

SECOLSKY AND PLAINTIFF'S CUNSEL HAVE ALREADY COMMUMICATED REARDING SECOLSKY'S SUBMISSION OF THE MOTION FOR CONTINUANCE AND THE REASOND THAT ARE SPECIFIED IN THIS DOCUMENT. WE PLAN TO CMMUNCATE AGAIN AFTER HE RECIVES AND EVAUATES THE DETAILS OF THIS DOCUMENT.

Concurrently, Defendant Secolsky has commenced discussions with his congressional representatives to assist Secolsky in filing a **STAY** of the Citation to Discover Assets to Third Parties for Secolsky.

WHERETOOFORE DEFANDANT SECOLSKY MOVES TO CEONTINUE THE DECEMBER 5, 2019 CITATION HEARUNG UNTIL SUCH TIME THAT THE SUPREME COURT APPEAKL AND POSSIBLE HEARING ARE DECIDED UPON ABD CRRECTED ACTION IS TAKEN BY THE COURT F APPEALS WHICH WOUD THEN RESULT IN A MORE FAIR AND A;[PPROPRIATE ACTION B THE DSTRICT COURT.

SUBMITTED,

CHARLES SECOLSKY, PRO SE  *[signature: Charles Secolsky]*

NOVEMBER 22, 2019  *[handwritten: November 22, 2019]*