IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

|  |  |
|---|---|
| HYE-YOUNG PARK, a/k/a LISA PARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.:15-cv-2136 |
| | ) |
| MICHAL T.HUDSON, individually, | ) |
| HEIDI JOHNSON, individually, | ) |
| CHARLES SECOLSKY, individually, | ) |
| ROBERT STAKE, individually, | ) |
| and THE BOARD OFTRUSTEES OF THE | ) |
| UNIVERSITY OF ILLINOIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S MOTION FOR JUDGMENT AGAINST J.P. MORGAN CHASE
BANK, AND FOR EXTENSION OF CITATION PROCEEDINGS**

NOW COMES the Plaintiff/Judgment Creditor, HYE-YOUNG PARK ("Park") by

her attorney, M. Dennis Mickunas, and respectfully moves this Honorable Court for

Judgment against J.P. Morgan Chase Bank ("Chase") for violating 735 Ill. Comp. Stat.

§ 5/2-1402(f)(1) during the post-judgment supplementary proceedings in this case, and

also for an Extension of the Citation to Discover Assets to Chase pursuant to Ill. S. Ct. R.

277(f), and states as follows:

1.      On October 29, 2018, Amended Judgment (ECF #283) was entered in favor of

Plaintiff/Judgment Creditor Park, and against Defendant/Judgment Debtor CHARLES

SECOLSKY (" Secolsky") for damages, costs and attorney fees in the amount of

$603,204.20.  The judgment remains unsatisfied.

2.      On November 4, 2019, pursuant to Fed. R. Civ. Proc. 69(a) and 735 Ill. Comp. Stat. § 5/2-1402 *et seq*. Park filed various Citations to Discover Assets, including to third party J.P. Morgan Chase Bank (ECF #334, "Citation").

3.      The Citation prohibited Chase from "making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to [Secolsky] or to which he may be entitled or which may be acquired by or become due to him and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to him, until the further order of Court or termination of the proceedings." (Citation, ECF #334 at 2.)

4.      Illinois Supreme Court Rule 277 on Supplementary Proceedings states: "A proceeding under this rule continues until terminated by motion of the judgment creditor, order of the court, or satisfaction of the judgment, but terminates automatically 6 months from the date of … the respondent's first personal appearance pursuant to the citation … The court may, however, grant extensions beyond the 6 months, as justice may require."  Ill. S. Ct. R. 277(f).

5.      Park asserts that the Citation proceeding against Chase has not yet terminated. Alternatively, owing to Chase's failures and Secolsky's delays, justice requires that the Citation be extended pursuant to Ill. S. Ct. R. 277(f).

6.      Under Illinois law the court "may punish any party who violates the restraining provision of a citation as and for a contempt, or if the party is a third party may enter judgment against him or her in the amount of the unpaid portion of the judgment and

costs allowable under this Section, or in the amount of the value of the property transferred, whichever is lesser." 735 ILCS § 5/2-1402(f)(1).

7.      On December 19, 2019, January 29, 2020, June 17, 2020 and August 14, 2020, nonexempt funds totaling $4,478.43 were deposited into Secolsky's Chase checking account. Chase failed to report those deposits to Park and failed to freeze those funds, in violation of 735 ILCS § 5/2-1402(f)(1), and Chase permitted Secolsky to spend the entirety of those non-exempt funds.

8.      Accordingly, Park is entitled to judgment against Chase for the amount of the funds transferred.

9.      In further support of this Motion, Park has attached her Memorandum of Law, which is incorporated herein by reference.

WHEREFORE, for the above reasons, Plaintiff Hye-Young Park respectfully requests that this Court issue an Order extending the Citation proceedings as to J.P Morgan Chase Bank until further order of the Court, and further that this Court enter judgment in favor of Hye-Young Park and against J.P Morgan Chase Bank in the amount of $4,478.43, plus costs, attorney fees, and such other relief as this Court deems equitable and just.

Dated November 27, 2020                 Respectfully submitted
                                        HYE-YOUNG PARK
                                By:     s/ Marshall Dennis Mickunas
                                        M. Dennis Mickunas, Her Attorney
                                        ARDC # 6293386
                                        312 Yankee Ridge Ln
                                        Urbana, IL 61802
                                        Phone: 217-328-4000

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties involved in the case who are entitled to notice and who are CM/ECF participants.  I also hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants:

Charles Secolsky
NORTHERN RIVERVIEW HEALTHCARE CENTER
Room 106B
87 South Route 9W
Haverstraw, NY 10927

J.P. Morgan Chase Bank (via certified mail)
405 N. Broadway
Urbana, IL 6801

J.P. Morgan Chase Bank
Court Orders and Levies Department
P.O. Box 183164
Columbus, OH 43218-7022

By: s/ Marshall Dennis Mickunas_
Plaintiff's Attorney
M. Dennis Mickunas
ARDC # 6293386
312 Yankee Ridge Ln
Urbana, IL 61802
Phone: 217-328-4000