

P.O. Box 183164
Columbus, OH 43218-3164

**Questions?**
📞 1-866-578-7022
FAX 1-866-699-0618



November 12, 2019

M DENNIS MICKUNAS
312 YANKEE RIDGE LN
URBANA, IL 61802

Dear M DENNIS MICKUNAS :

We recently received the enclosed order. After reviewing our records, we determined this order was previously served and processed by Chase. As a result, we will not be processing this duplicate order.

If you think the order is not a duplicate of a previously served order, please call us at 1-866-578-7022. We're here to help you Monday through Friday from 8 a.m. to 10 p.m., Saturday from 8 a.m. to 8 p.m. and Sunday from 9 a.m. to 5 p.m. Eastern Time.

Sincerely,

████████████
Steven J. Criswell
Executive Director
Customer Service

Enclosed:

OL30
JPMorgan Chase Bank, N.A. Member FDIC

## Legal Papers Fax/Scan Cover Sheet

| REQUIRED INFORMATION - PLEASE PRINT | | |
|---|---|---|
| Branch Name<br>Urbana Downtown | Cost Center<br>750073 | Mail Code<br>IL2-8312 |
| Employee Contact Name<br>Evan Ritzer | Date Accepted<br>11/06/2019 | Phone No<br>2173513286 |
| Accepting Employee (if different from above)<br>Kevina Malone Thomas | Time Accepted<br>11:00am | Fax No<br>(855) 848-6391 |
| Location Where Received (if different from above)<br>Urbana Downtown Lobby | | # of pages (including cover page)<br>8 |
| Customer Name<br>Hye-Young Park, a/k/a Lisa Park | | |

| Name of Law Enforcement Officer Serving Docs (if applicable) | Phone No |
|---|---|
| | |

**To:** (Check One Destination)

○ **Court Orders & Levies**
Fax: 866-699-0618

Document Type (Check one):
- ☐ Bankruptcy Freeze Request
- ☐ Bankruptcy Release Request (for a hold/restraint)
- ☐ Citation to Discover Assets (IL)
- ☐ Garnishment Documents
- ☐ Information Subpoenas/Interrogatories (CT/NJ/NY)
- ☐ Levy
- ☐ Liens
- ☐ Receivership Orders
- ☐ Restraining Notice
- ☐ Seizure Warrant/ Seizure Notice (Deposit Accounts only)
- ☐ Temporary Restraining Order
- ☐ Other (List) _____

○ **HR Legal**
Fax: 312-732-8040

Document Type (Check one):
- ☐ Wage Claims

○ **National Subpoena Processing**
Fax: 317-757-7421

Document Type (Check one):
- ☐ Grand Jury Subpoena
- ☐ Search Warrant (non-Safe Deposit)
- ☐ Subpoena (All Other)
- ☐ Other (List) _____

○ **Guardianship Review Team**
Fax: 855-326-5685

Document Type (Check one):
- ☐ Guardianship Matter

● **Legal Papers Served (LPS)**
Scan and Send to: legal.papers.served@jpmchase.com

Type (Check one):
- ☐ Bankruptcy Papers
- ☐ Government Inquiry
- ☒ Litigation Documents
- ☐ Summons/Complaints
- ☐ Orders to Show Cause

*NOTE:* To forward information regarding Foreclosures/Sheriff's Sales and Bankruptcy notices [other than a Bankruptcy Freeze Request or Bankruptcy Release Request], refer to your Online Policies and Procedures.

Method of Receipt: (Select One)

☐ Hand-delivered   ☒ Certified Mail   ☐ Regular Mail   ☐ Other (describe): _____

Instructions for fax deliveries

- Upon receipt of document(s) sign, date and record time and branch location in upper right corner of the first page
- FAX all pages of document(s) immediately to the appropriate area. Validate via eFax that the fax was successful
  FAX confirmed (initials) [    ]
- Print out of confirmation of successful fax is required to be sent when mailing the original documents
  1. Go into the eFax system and click on the sent folder and find the fax details.
  2. Click on the appropriate item and go to the history tab. Click ALT Print Screen and CTRL V to paste details into a word document.
  3. Print out the word document and attach it to the original documents.
- Mail document(s) the same day to: Court Orders & Levies, OH4-W501 or National Subpoena Processing, IN1-4054 or Legal Papers Served, TX1-0053 or HR Legal, IL1-0287 or Guardianship Review Team, TX3-7830

*IMPORTANT NOTICE*

The information contained in this transmission is confidential. If you are not the intended recipient, you are strictly prohibited from considering, disseminating or duplicating this communication, and you must immediately return this transmission to us and notify us by telephone. THANK YOU.

N13314 (01/19)




Court Orders and Levies
P.O. Box 183164
Columbus, OH 43218-3164
Phone: 1-866-578-7022

M DENNIS MICKUNAS
312 YANKEE RIDGE LN
URBANA, IL 61802

**RE: HYE YOUNG PARK ET AL v. CHARLES SECOLSKY Case No.: 15CV2136, IL - US DISTRICT COURT**

JPMorgan Chase Bank, N.A. is in receipt of your CITATION TO DISCOVER ASSETS against the following debtor(s): CHARLES SECOLSKY

Accounts which are held:

| Account Number | Amount of Hold | Present Balance |
|---|---|---|
| 2969 | 1206408.40 | 0.01 |

The Present Balance may be subject to claims which may reduce the amount available to the judgment creditor, including without limitation: exemptions asserted by the judgment debtor; rights of third parties asserting an interest in the account; intervening levies or court orders; IRS levies; right of setoff; deposited items returned against the account, or warranty claims asserted with respect to checks or other items credited to the account balance.

**Answers**

| | |
|---|---|
| Did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? | YES |
| Is this an IRA account or are all funds in the account(s) exempt funds? | 8658 - YES; 2969 - NO |
| Is/are the account(s) current balance equal to or less than the total of the exempt deposits? | 8658 - YES PROTECTED FUNDS; 2969 - NO |
| List all electronic deposits into account(s) and their source(s): | 2969-NONE; 8658-SSA TREAS 310 XXSOC SEC, TIAA-CREF DISTR. ANNUITY, SSA TREAS 310 XXSOC SEC, TIAA-CREF DISTR. ANNUITY |
| List adverse claims | Not Applicable |

These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Please allow this letter to serve as JPMorgan Chase Bank, N.A's answer to the CITATION TO DISCOVER ASSETS. If you should have any questions regarding this matter, please contact JPMorgan Chase Bank, N.A. at 1-866-578-7022.

I CERTIFY THAT THE STATEMENTS ABOVE ARE TRUE.



SAMANTHA N GONZALES
Doc Review Sr Specialist II
JPMorgan Chase Bank, N.A.
Court Orders and Levies Department

Date: 11-12-19