IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| HYE-YOUNG PARK, a/k/a LISA PARK, | ) |
| Plaintiff, | ) |
| v. | ) Case No.:15-cv-2136 |
| MICHAL T. HUDSON, individually, | ) |
| HEIDI JOHNSON, individually, | ) |
| CHARLES SECOLSKY, individually, | ) |
| ROBERT STAKE, individually, | ) |
| and THE BOARD OFTRUSTEES OF THE | ) |
| UNIVERSITY OF ILLINOIS, | ) |
| Defendants. | ) |

## JUDGMENT AGAINST J.P. MORGAN CHASE

This matter comes before the Court on Plaintiff/Judgment Creditor HYE-YOUNG PARK's ("Park") motion for Judgment against J.P. Morgan Chase Bank ("Chase") for violating 735 Ill. Comp. Stat. § 5/2-1402(f)(1) during the post-judgment supplementary proceedings in this case. Due notice has been given, and the Court has been otherwise fully advised.

IT IS THEREFORE ORDERED

(1) Plaintiff Park's motion (ECF #363) is GRANTED, and Judgment is entered in favor of Plaintiff Park and against Third Party Respondent Chase in the amount of $_____.

IT IS FURTHER ORDERED

(2) Plaintiff Park is awarded $_____ in attorney's fees against Chase.

(3) Plaintiff Park is awarded $_____ in costs against Chase.

IT IS FURTHER ORDERED

(4) The Citation Proceedings as to Chase are extended until further order of the Court.

Date: _____    Judge _____

Prepared by:
    M. Dennis Mickunas, ARDC #6293386
    312 Yankee Ridge Ln.
    Urbana, IL 61802
    Attorney for Hye-Young Park